

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, February 11, 2015

No. 04-14-00125-CR

Juan **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5481
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant has filed a motion asking for a ninety-day extension of time to file his pro se brief. Appellant's motion for extension of time to file a pro se brief is GRANTED in part. Appellant's brief is due on **Friday, April 3, 2015**.

The Clerk of this Court is ORDERED to send a **paper copy** of the clerk's record and the reporter's record in this cause to appellant at TDCJ #01925996, William P. Clements Unit, 9601 Spur 591, Amarillo, Texas, 79107-9606.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court